[No. 6577-1. Division One. June 11, 1979.]

L. P. MARTIN, INC., *Respondent,* v. RICHARD
T. McCLAIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 729299, David C. Hunter, J., entered May 1,
1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson, A.C.J., and James, J.

[No. 6627-1. Division One. June 11, 1979.]

*In the Matter of the Marriage of* ESTRELLA
ARRASTIA MARTINIS, *Appellant, and*
ANDREW J. MARTINIS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-104279, David C. Hunter, J., entered May 3,
1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Farris and James, JJ.

[No. 6892-1. Division One. June 11, 1979.]

JAMES A. McNALLY, *Appellant,* v. SNOHOMISH
COUNTY DISTRICT COURT, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 144401, John E. Rutter, Jr., J.,
entered August 18, 1978. *Affirmed* by unpublished opinion
per James, J., concurred in by Andersen and Dore, JJ.